IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANAY BRICE-GRAHAM                                              PLAINTIFF

v.                        No. 4:24-cv-907-DPM

GENET, LLC and CARRINGTON
REAL ESTATE SERVICES (US), LLC                               DEFENDANTS

ORDER

The motion to withdraw, *Doc. [18]*, is denied without prejudice. No sufficient reason is provided.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2025