IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANAY BRICE-GRAHAM**                                                           **PLAINTIFF**

v.                              No. 4:24-cv-907-DPM

**GENET, LLC and CARRINGTON
REAL ESTATE SERVICES (US), LLC**                          **DEFENDANTS**

### ORDER

The second motion to withdraw as counsel for Brice-Graham, *Doc. 20*, is granted. Olivia Lauren Rottman, Natasha M. Cornell, and Prestige Legal, PLLC, are relieved as counsel for Brice-Graham. She will proceed *pro se*. The Court directs the Clerk of Court to update the docket with Brice-Graham's contact information and mail a copy of this Order to her.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 May 2025