# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JANAY BRICE-GRAHAM**                                                                 **PLAINTIFF**

**v.**                              **No. 4:24-cv-907-DPM**

**GENENT, LLC and CARRINGTON REAL
ESTATE SERVICES (US), LLC**                                               **DEFENDANTS**

## ORDER

There's been no activity on the docket for more than 180 days. The Court assumes the parties are making progress pursuant to the Final Scheduling Order. But if the case is not on track, file a short joint report explaining any problem by 16 January 2026.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026