IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANAY BRICE-GRAHAM PLAINTIFF

v. No. 4:24-cv-907-DPM

GENENT, LLC and CARRINGTON REAL ESTATE SERVICES (US), LLC DEFENDANTS

# JUDGMENT

Brice-Graham's complaint is dismissed with prejudice. The Court retains jurisdiction until 24 November 2026 to enforce the settlement.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026